■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BONILLA, Appellant.—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Kramer, J.), imposed December 20, 1990.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Bracken, Balletta, O'Brien and Copertino, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT BOWENS, Appellant.—Appeal by the defendant, as limited by his brief, from three sentences of the Supreme Court, Kings County (Fertig, J.), all imposed December 10, 1990.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Thompson, Balletta, Ritter and Pizzuto, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BROGAN, Appellant.—Appeal by the defendant from two judgments of the County Court, Putnam County (Braatz, J.), both rendered August 9, 1989.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Thompson, J. P., Lawrence, Miller, O'Brien and Ritter, JJ., concur.